# Arnold & Porter

**Diana Sterk**
+1 212.836.8429 Direct
Diana.Sterk@arnoldporter.com

March 30, 2023

**VIA ECF**

The Honorable Lorna Schofield
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 1106
New York, NY 10007

Re: *Teva Pharmaceuticals USA, Inc. v. Perrigo, LLC,* 1:23-cv-01825-LGS

Dear Judge Schofield:

Pursuant to I.B(2) of your Honor's Individual Practices, on behalf of all parties, we respectfully request an adjournment of Perrigo's deadline to respond to Plaintiff's Complaint.

On March 6, 2023, Perrigo first requested an extension of time to respond to Plaintiff's Complaint with Plaintiff's consent. *See* ECF No. 9. Your Honor granted this request and so-ordered Perrigo to answer, move or otherwise respond to the Complaint by March 30, 2023.

After a meet and confer between the parties, Plaintiff has determined that it intends to file an amended complaint. Based on Plaintiff's impending amendment, the parties jointly move for an adjournment of Perrigo's deadline to respond to the current Complaint. Instead, the parties agree that Perrigo will respond to Plaintiff's Amended Complaint within 21 days of service of the Amended Complaint on Perrigo. Perrigo, however, will endeavor to respond to the Amended Complaint before the 21 days if Plaintiff's amendments are not substantive in nature.

This request will not have an effect on any other scheduled dates.

Arnold & Porter Kaye Scholer LLP
250 West 55th Street | New York, NY 10019-9710 | www.arnoldporter.com

Arnold & Porter

March 30, 2023
Page 2

Respectfully submitted,

*/s/ Diana Sterk*

Diana Sterk
*Attorney for Defendant Perrigo, LLC*

Respectfully submitted,

*/s/ Joseph Wolfson*

Joseph Wolfson
*Attorney for Plaintiff Teva Pharmaceuticals USA*

CC: All Counsel of Record via ECF