UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
TEVA PHARMACEUTICALS USA, INC.,                             :
                                       Plaintiff,           :
                                                            :   23 Civ. 1825 (LGS)
            -against-                                       :
                                                            :   ORDER
PERRIGO, LLC, et al.,                                       :
                                       Defendants.          :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for April 19, 2023. On April 12, 2023, the parties filed a joint letter and proposed case management plan in advance of the conference.

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

**ORDERED** that the April 19, 2023, initial pretrial conference is **CANCELLED**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated and rescheduled for a later date. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

**ORDERED** that if Defendants seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. If Defendants seek a stay of discovery in connection with their motion, they shall state the reasons why such a stay is appropriate. In light of Defendants' representation that their contemplated motion to dismiss applies to only some of Plaintiff's claims, any request for a stay of discovery shall explain how

the potential dismissal of the claims subject to the motion will affect the eventual scope of discovery.  Defendants are apprised that the Court's general practice is not to stay discovery during the pendency of any motion to dismiss.  It is further

**ORDERED** that if and when the parties would like a referral for further settlement discussions before Magistrate Judge Wang or through the S.D.N.Y. Mediation program, they shall file a joint letter on ECF requesting such a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: April 13, 2023
      New York, New York

                                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE