UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TEVA PHARMACEUTICALS USA, INC., :
                             Plaintiff, :      23 Civ. 1825 (LGS)
                                    :
          -against-                  :          ORDER
                                    :
PERRIGO, LLC, :
                           Defendant. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an Order issued April 27, 2023, adjourned a pre-motion conference regarding Defendant's anticipated motion to dismiss to May 17, 2023. It is hereby

      **ORDERED** that, due to a conflict with an ongoing trial, the conference scheduled for May 17, 2023, is **ADJOURNED** to **May 24, 2023, at 4:10 P.M.** The conference will be telephonic and will take place on the following line: 888-363-4749; access code: 558-3333. The start time is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: May 16, 2023
       New York, New York

                                                LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE