UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TEVA PHARMACEUTICALS USA, INC., :
                              Plaintiff, :      23 Civ. 1825 (LGS)
                               :
            -against- :      <u>ORDER</u>
                               :
PERRIGO, LLC, :
                            Defendant. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, an Order issued May 16, 2023, adjourned a pre-motion conference regarding Defendant's anticipated motion to dismiss to May 24, 2023, at 4:10 P.M.  It is hereby

        **ORDERED** that the conference scheduled for May 24, 2023, is **RESCHEDULED** to **May 24, 2023, at <u>4:00 P.M.</u>**  The conference will be telephonic and will take place on the following line: 888-363-4749; access code: 558-3333.  The start time is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated:  May 23, 2023
        New York, New York

                                                          LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE