UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TEVA PHARMACEUTICALS USA, INC.,
                              Plaintiff,

           -against-                            23 Civ. 1825 (LGS)

                                                           ORDER
PERRIGO, LLC, et al.,
                              Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a conference was held on May 24, 2023.  For the reasons discussed at the conference, it is hereby

       **ORDERED** that the parties' joint request for an extension of the deadlines to complete discovery is **GRANTED**.  Discovery will not be further extended absent a showing of diligence and compelling circumstances.  An amended case management plan will issue separately.  The parties are directed to the requirement for monthly status letters.  In addition to the information described in Individual Rule III.D.3, the parties' letters shall also include information regarding any scheduled depositions.  The parties may conduct depositions at the end of the fact discovery period, but shall schedule such depositions as soon as is practicable.  It is further

       **ORDERED** that Defendants' motion to dismiss shall be briefed as follows:

- By **June 15, 2023**, Defendants shall file their motion.  Any memorandum of law filed in connection with the motion shall not exceed twenty-five pages.
- By **July 7, 2023**, Plaintiff shall file its opposition, not to exceed twenty-five pages.
- By **July 14, 2023**, Defendants shall file a reply, not to exceed ten pages.

The parties shall comply with the Court's Individual Rules regarding motions.

Dated: May 25, 2023
       New York, New York

                                                       LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE