# Stevens & Lee

1500 Market Street, East Tower, Suite 1800
Philadelphia, PA 19102
(215) 575-0100
www.stevenslee.com

October 30, 2024

> Application **GRANTED**. All discovery, motion and briefing deadlines are **STAYED** 15 days. A Fourth Amended Case Management Plan will issue separately. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 90.
>
> Dated: October 31, 2024
> New York, New York
>
> *[signature]*
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**VIA ECF**

Honorable Lorna G. Schofield
United States District Court Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Teva Pharmaceuticals USA, Inc. v. Perrigo, LLC, at al.*, No. 1:23-cv-01825-LGS

Dear Judge Schofield:

      Plaintiff Teva Pharmaceuticals USA, Inc. ("Teva") and Defendants Perrigo, LLC and Perrigo Pharma International D.A.C. (collectively, "Perrigo") submit this joint letter requesting a 15-day stay and adjournment of all discovery, motion, and briefing deadlines in this action to determine if a settlement can be achieved. Since the October 16, 2024, pre-motion conference, the parties have made significant progress in their continued mediation efforts. The parties will promptly advise the Court of any further developments regarding settlement.

Respectfully submitted,

*/s/ Joseph E. Wolfson*
Joseph E. Wolfson
Bradley L. Mitchell
Peter J. Adonizio, Jr.

*Attorneys for Plaintiff Teva Pharmaceuticals USA, Inc.*

Respectfully submitted,

*/s/ Diana Sterk*
Diana Sterk
Carmela T. Romeo
Matthew R. Bemis

*Attorneys for Defendants Perrigo, LLC and Perrigo Pharma International D.A.C.*

Application GRANTED in part. All briefing deadlines are ADJOURNED 15 days. All discovery deadlines will remain as scheduled. The Court does not generally stay discovery pending settlement discussions. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 90.

Dated: October 31, 2024
New York, New York

Allentown • Bergen County • Bala Cynwyd • Fort Lauderdale • Harrisburg • Lancaster • New York
Philadelphia • Princeton • Reading • Rochester • Scranton • Valley Forge • Wilkes-Barre • Wilmington
A PROFESSIONAL CORPORATION

Allentown • Bergen County • Bala Cynwyd • Fort Lauderdale • Harrisburg • Lancaster • New York
Philadelphia • Princeton • Reading • Rochester • Scranton • Valley Forge • Wilkes-Barre • Wilmington
A PROFESSIONAL CORPORATION